**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6938**

─────────────

TYRONE SHELTON,

                                     Petitioner - Appellant,

        versus

LONNIE M. SAUNDERS, Warden; RICHARD CULLEN,
Attorney General of the State of Virginia,

                                     Respondents - Appellees.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-98-153)

─────────────

Submitted:  September 30, 1998        Decided:  October 20, 1998

─────────────

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Tyrone Shelton, Appellant Pro Se.  Christopher Garrett Hill, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrone Shelton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Shelton v. Saunders, No. CA-98-153 (W.D. Va. June 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED